# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:04-00138 |
| ) | Judge Trauger |
| ) | |
| SHAWN DERRELL CATO ) | |

## O R D E R

A status hearing on this revocation proceeding was held on August 8, 2013. It is hereby

**ORDERED** that this case is set for further hearing on October 10, 2013 at 3:30 p.m.

The additional condition of regularly attending Narcotics Anonymous or Alcoholics Anonymous, imposed in this court's Order entered May 2, 2013 (Docket No. 63), is removed from this defendant's supervised release conditions.

It is so **ORDERED.**

Enter this 9th day of August 2013.

_____
ALETA A. TRAUGER
United States District Judge